Case: 1:25-mj-00235
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 9/30/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

1.      On August 1, 2025, at approximately 6:12 p.m., the District of Columbia Office of Unified Communications dispatched a call for service over the D.C. Metropolitan Police Department ("MPD") Sixth District radio zone for a robbery at Scott's Beauty Supply located 2324 Pennsylvania Avenue Southeast, Washington, D.C. Members of the Sixth District responded and located an employee of the establishment, who advised that two individuals had just robbed the store at gunpoint, taking U.S. currency from the register. Detective M. Crichlow from the Metropolitan Police Department's Sixth District Detective's Division acknowledged and responded to the scene to provide further assistance with the investigation.

2.      Detective Crichlow first spoke with the responding officers, whose account of events matched what a witness (hereafter known as Witness 1), later revealed to Detective Crichlow. Detective Crichlow interviewed Complainant Lee who provided details regarding the offense. Specifically, Complainant Lee noted that Lee was standing in front of the counter when Suspect 1 entered the establishment. Suspect 2 entered shortly after, grabbing Complainant Lee by the back of their shirt, pointing his handgun, and demanding everyone to lie on the ground. Complainant Lee advised that they laid on the ground right after Suspect 2 struck them in the head with an unknown part of his firearm. Complainant Lee heard the suspects yelling words to the effect of "Gimme the money, Gimme the money!" Complainant Lee remained on the ground until both suspects exited the establishment. Complainant Lee advised they did not remember much about the suspects, except that they were African American males wearing masks.

3.      Detective Crichlow utilized the language line for assistance with translation prior to interviewing Complainant Park. Complainant Park advised that shortly after 6:00 p.m., two suspects entered the establishment. Complainant Park was standing at the cash register when

Suspect 2 entered the establishment wearing a black mask, black clothing, and while he was in possession of a firearm. Complainant Park witnessed Suspect 2 push Complainant Lee down to the ground and strike Complainant Lee in the head. Complainant Park explained that Suspect 1 ran behind the counter pointing his firearm and shouting words to the effect of, "Gimme the money! Gimme the money!" Complainant Park complied and opened the cash register for Suspect 1. Complainant Park advised that Suspect 1 took approximately $400.00 to $500.00 in U.S. currency from the register.

4.      Detective Crichlow interviewed Witness 1, an employee at the establishment, who provided the following account. Witness 1 was standing in front of the counter by the register next to two customers, when Witness 1 observed Suspect 1 enter the establishment wearing all black clothing, a black mask, and sunglasses. As Suspect 1 walked through the establishment, Witness 1 asked loudly if Suspect 1 could take his mask off while he was shopping. Witness 1 repeated the request a few more times but Suspect 1 ignored the request. Witness 1 noticed Suspect 2 enter the establishment while pointing a black firearm at everyone in the store, shouting words to the effect of, "Y'all get on the ground!" Witness 1, the two customers, and Complainant Lee laid on the ground. Witness 1 advised as they laid on the ground, they looked up and noticed that Suspect 2's firearm had an extended magazine and a long round barrel. Witness 1 advised that they could hear Suspect 1 running behind the register and shouting words to the effect of, "Gimme the money," multiple times. Witness 1 saw Suspect 1 take the U.S. currency from the register and place it into a black bag before running out of the establishment.

5.      Suspect 1 was described as an African American male in his 20's, slim build, approximately 6'1" in height, wearing a dark colored hoodie with the hood up, dark colored pants, and a black mask. Suspect 2 was described as an African American male in his 20's, slim build,

approximately 5'7" in height, wearing a gray hoodie with the hood up, dark colored pants, a black mask, and light-colored sneakers, possibly New Balance brand. Both suspects fled on foot from the establishment in an unknown direction.

6.    The establishment was equipped with a camera surveillance system. Detective Crichlow review video footage from multiple cameras. The timestamp and date on the surveillance system appeared to be accurate.

7.    The camera facing the entrance of the establishment depicted the following (figures 1-6): On August 1, 2025, at approximately 6:10 p.m., Complainant Lee was observed walking towards the door as Suspect 1 entered the establishment. Suspect 1 walked past Complainant Lee wearing a black hoodie, pulled tightly around his face with black sunglasses, black pants, and light-colored gloves. At approximately 6:10 p.m., Suspect 2 entered the establishment wearing a gray hooded jacket, black pants, black mask, light colored gloves, and sneakers. Suspect 2 walked behind Complainant Lee and produced a black handgun out of his pocket while grabbing Complainant Lee and pointing the gun at Complainant Lee's head, before going out of camera view. At approximately 6:12 p.m., Suspect 2 exited the establishment. Suspect 1 exited immediately after.



*Figure 1*



*Figure 2*



*Figure 3*



*Figure 4*



*Figures 5-6*

8.      The camera above the cash register of the establishment depicted the following (figure 7): On August 1, 2025, at approximately 6:10 p.m., Complainant Park was observed behind the cash register as Suspect 1 entered the establishment and walked towards the rear. Two customers were observed standing at the counter in front of Complainant Park. Witness 1 was observed standing in front of the counter at the top frame of the camera. At approximately 6:10

p.m., Suspect 2 walked into camera view holding onto Complainant Lee's shirt with a firearm pointed at their back as he pushed Complainant Lee to the ground. Complainant Park, Witness 1, and the two customers all laid on the ground as Suspect 1 ran behind the counter and took U.S. currency from the register. Suspect 1 continued to take multiple items from under the counter. Complainant Park opened the register and Suspect 1 tossed the U.S. currency into a black bag before going out of camera view.



*Figure 7*

9.    A BOLO (figure 8) was prepared and disseminated to the Metropolitan Police Department and surrounding jurisdictions seeking assistance in identifying the two Suspects. Additionally, members of the Real Time Crime Center ("RTTC") reviewed camera footage from a Metropolitan Police Department Closed-Circuit Television (CCTV), located in the area of Minnesota Avenue Southeast and Pennsylvania Avenue Southeast, Washington, D.C., on August 1, 2025, from 6:05 p.m. to 6:15 p.m.



*Figure 8*

10.     On August 5, 2025, MPD Detectives A. Mason and D. Allen conducted a video canvass around the area of Scott's Beauty Supply and located several nearby businesses that were equipped with camera surveillance systems.

11.     Review of video footage from Thai Orchid's Kitchen (camera labeled "Ch5") located at 2314 Pennsylvania Avenue Southeast, Washington, D.C., depicted the following (figure 9): On August 1, 2025, at approximately 6:12 p.m., a black Honda 4-door, heavy tinted windows, and black rims (the "Suspect vehicle") was captured traveling though the alley adjacent with L'Enfant Square, Washington, D.C. The Suspect vehicle was captured turning right after exiting the alley, traveling on the 2500 block of Fairlawn Avenue Southeast, Washington, D.C.



*Figure 9*

12.    Review of video footage (cameras labeled "CH04" and "CH06") from the BP gas station located at 2500 Pennsylvania Avenue Southeast, Washington, D.C. depicted the following (figure 10) (The timestamp on the system during the video canvass was 4:14 p.m., however the true time was approximately 12:13 p.m. The system appeared to be approximately 4-hours and 1-minute fast). On August 1, 2025, at approximately 10:08 p.m. (time stamp on the system), the Suspect vehicle was captured traveling from the 2500 block of Minnesota Avenue Southeast turning onto the 2400 block of L'Enfant Square Southeast, Washington, D.C. The "CH04" camera at approximately 10:08 p.m. (time stamp on the system) captured the Suspect vehicle traveling on the 2400 block of L'Enfant Square Southeast, Washington, D.C.  The Suspect vehicle stopped near the alley adjacent to 1301-1303-1305 L'Enfant Square Southeast, Washington, D.C.  It should be noted that this particular camera captures L'Enfant Square Southeast from a distance. One suspect appeared to exit the Suspect vehicle on the passenger side and was captured walking in the direction of the establishment while wearing all black clothing. A second suspect appeared to exit from the driver's side of the Suspect vehicle, walking in the same direction, wearing a grey article

of clothing. The Suspect vehicle remained on L'Enfant Square Southeast, Washington, D.C. At approximately 10:12 p.m. (time stamp on the system), the suspects were captured re-entering the Suspect vehicle after exiting the establishment. The vehicle then fled through the alley adjacent to 1301-1303-1305 L'Enfant Square Southeast, Washington, D.C.



*Figure 10*

13.    Review of video footage (cameras labeled "CH9" and "CH10") from O'Connor's Liquors located at 2900 Minnesota Avenue Southeast, Washington, D.C depicted the following (figures 11-12): On August 1, 2025, at approximately 6:15 p.m., the camera labeled "CH10" captured the two Suspects running through two apartments on Minnesota Avenue Southeast, Washington, D.C. (2847/2843 Minnesota Avenue Southeast, Washington, D.C). The suspects crossed the street and entered an alley adjacent to Nelson and Nash Place Southeast, Washington, D.C. Suspect 2 was captured in front and Suspect 1 was directly behind.



*Figure 11*



*Figure 12*

14.     On August 5, 2025, Detectives Mason and Allen conducted a canvas in the area where the suspects were captured running from minutes after the robbery, based on surveillance footage from O'Connor's Liquors. The detectives learned that the suspects came from an alley adjacent to Nelson Place, Anacostia Road, and Minnesota Avenue Southeast, Washington, D.C. Upon canvassing the alley, detectives noticed a vehicle with a car cover over it, however the rims of the vehicle were exposed. The rims were all black with a Honda emblem visible "H." The detectives realized that the vehicle matched the Suspect vehicle involved in the robbery.[1] During

[1] ████████████████████████████████████████████████████

the canvass, the detectives located several cameras in the 2900 block of Nelson Place Southeast, Washington, D.C.

15.    Review of video footage from 2929 Nelson Place Southeast, Washington, D.C. depicted the following (figure 13). On August 1, 2025, at approximately 6:15 p.m., the suspects were captured walking down the alley adjacent to Nelson and Nash Place Southeast, Washington, D.C., walking side by side, before going out of camera view. The suspects entered the alley from the 2800 block of Minnesota Avenue Southeast and were walking through the alley towards Fairlawn Avenue Southeast, Washington, D.C.



*Figure 13*

16.    Review of video footage from ██████████████████████ ████████ ██████ depicted the following (figures 14-15). On August 1, 2025, at approximately 6:16 p.m., the suspects were captured walking down the alley, cutting through a walkway between ██████ ███████████████████████████████████ Suspect 2 appeared in camera view first, captured

██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████

with the hood off his head and his mask off. Suspect 1 was captured in camera view immediately after, following directly behind Suspect 2. Suspect 2 was captured turning around in camera view, with his face partially exposed, signaling with his hand for Suspect 1 to follow him, as he appeared to adjust his mask. Both suspects exited through an open fence and appeared to walk up the walkway that led to the entrance/exit of ███████████████████████████████████



*Figure 14*



*Figure 15*

17.    On August 1, 2025, at approximately 6:02 p.m., Suspect 2 was captured (figure 16) exiting ███████████████████████████████ wearing the same clothing from the robbery, to include the light-colored gloves. A bicycle was propped up against a brick retaining wall outside of the apartment building. Suspect 2 walked down the set of stairs, got onto the bicycle, and rode away from the 2900 block of Nelson Place Southeast, in the direction of Fairlawn Avenue Southeast, Washington, D.C.



*Figure 16*

18.    On August 12, 2025, Detective Allen responded to the area where the Suspect vehicle was parked and discovered that the Suspect vehicle had been moved from the alley discussed in paragraph 14. Detective Allen conducted a canvas in the area to see if he could locate the vehicle, however the vehicle was not located. Detective Allen conducted a ████████████ ███ on the affixed temporary registration "89052P" and discovered that the vehicle was connected to the rear of a tow truck in the vicinity of ██████████████████████ ██████████. on August 11, 2025.[2] Detective Allen located an accident report (25-122282)

---

[2]    The vehicle has since been towed by a MPD tow-crane to the FBI evidence facility pending processing (complete search, DNA, and latent fingerprinting).

in the report management system Mark43 which indicated that the Suspect vehicle was involved in an accident on August 11, 2025. During the accident, the Suspect vehicle struck two vehicles in the 2900 block of Nelson Place Southeast, Washington, D.C. and the sole occupant fled from the scene. Detectives also learned that a witness to the accident told law enforcement that the suspect who fled from the vehicle was an African American male with dreadlocks and was wearing a black hoodie.

19.    On August 12, 2025, Detective Mason and Federal Bureau of Investigation ("FBI") Special Agent J. Joyce went to O'Connor's Liquors to review video footage from August 11, 2025. Based on a review of this video footage, law enforcement observed that the driver of the Suspect vehicle involved in the accident referenced in paragraph 18 was wearing an open black jacket and a white article of clothing consistent with a tank top. This video depicted the suspect of the accident before he entered the Suspect vehicle (figure 17) and while he was inside of the Suspect vehicle with the window opened.



*Figure 17*

20. Law enforcement also obtained video surveillance from the interior of O'Connors Liquors. Specifically, on August 11, 2025, prior to the vehicular accident, at approximately 11:02 a.m., the suspect was captured entering the establishment (figure 18) wearing identical clothing (except for the black jacket). The suspect appeared to be in possession of a vehicle key fob hooked to his pants.



*Figure 18*

21. A review of O'Connors Liquors' exterior camera labeled "CH10" depicted the following. On August 11, 2025, at approximately 11:02 a.m., the suspect was captured walking from the 2900 block of Nelson Place Southeast, Washington, D.C, entering O'Connors. At approximately 11:04 a.m., the suspect exited the establishment and walked back into the 2900 block of Nelson Place Southeast, Washington, D.C, in possession of a black plastic bag with an

item concealed in it (figures 19-20).





***Figures 19-20***

22.     On August 14, 2025, an MPD Crime Analyst conducted a query via law enforcement database ████████ to see if any individuals matched Suspect 2's description and were linked to the 2900 block of Nelson Place Southeast, Washington, D.C.  The query conducted included the following: the analyst selected, "places/advance search," residency ████████ ████████████, sorted the date of birth from youngest to oldest which revealed 243 items, 1 out of 10 pages. The suspect displayed on page 1 was George CARR, date of birth ████████, African American male, who lived at ████████████ ████████████





*Figures 21-22*

23.    Following the identification of CARR, Detective Mason conducted a camera review at ██████████████████████████████ A review of these cameras depicted the following (figures 23-31). On August 11, 2025, at 11:01 a.m., CARR, was captured exiting his residence ████████████████████████████ CARR was captured wearing black distressed jeans, a white in color tank top, closed toe slides consistent with Crocs, a

black article of clothing underneath his jeans, and what appeared to be a black hat or mask on his head.

24.     CARR walked down a flight of stairs and turned right onto the sidewalk before going out of camera view in the ████████████████████████████████ At approximately 11:07 a.m., CARR was captured in camera view walking on the sidewalk in front of ████████████████████████████. in possession of a black plastic bag. CARR walked up the stairs and entered the residence. Seconds later, CARR exited the apartment building without the black plastic bag. It should be noted that CARR was captured numerous times on this exterior camera entering or exiting the apartment on August 11, 2025, from 11:00 a.m. to 5:00 p.m. prior to the Suspect vehicle being involved in the accident.

25.     At approximately 5:53 p.m., CARR was captured exiting the apartment building and walking towards the side of the building before going out of camera view. At approximately 5:58 p.m., CARR was captured driving the Suspect vehicle in the 2900 block of Nelson Place Southeast, towards Fairlawn Avenue Southeast, Washington, DC. At approximately 5:59 PM, a resident and a worker from CARR's apartment building were captured on the front porch looking in the direction of the accident as they appeared to be reacting. Several vehicles were captured reversing as they could not continue driving on Nelson Place Southeast, towards Fairlawn Avenue Southeast, Washington, D.C.



















*Figures 23-31*

26. On August 15, 2025, Detective Mason and an MPD Crime Analyst met with two witnesses (hereafter known as Witness 2 and Witness 3). Witness 2 was shown a still photograph of the suspect from inside of O'Connor's Liquor, and Witness 2 identified the suspect as CARR. Detective Mason learned that CARR lived at ███████████████████████ ███

27. Detective Mason met with Witness 3 who advised that CARR had been in possession of the stolen Suspect vehicle and was the Suspect who crashed and fled from the vehicle. Witness 3 explained that CARR had possession of the vehicle for a while and was in possession of the key fob so Witness 3 did not think that the vehicle was stolen. Witness 3 advised that CARR had possession of multiple vehicles (i.e. Lexus, Hyundai, etc.), all where he had possession of the keys. Witness 3 advised that CARR advised that he crashed the vehicle in which he fled to his residence after the crash. Witness 3 advised that the owner of the vehicle that CARR was a relative who refused to reveal CARR's identity, but demanded that CARR pay for the damages to her vehicle.

28. As such, your affiant respectfully submit that there is probable cause to believe that on August 1, 2025, CARR and another unknown subject committed violations of 18 U.S.C. § 1951(a) (Interference with Interstate Commerce by Robbery and Conspiracy Thereof), and 18 U.S.C. § 924(c)(1)(A) (Using, Carrying, and Possessing a Firearm During a Crime of Violence).

Respectfully submitted,

John Joyce
Special Agent
FBI

.

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on September 30, 2025.

_____
Honorable Zia M. Faruqui
United States Magistrate Judge